In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00357-CV
_____

BRIDGETTE KELLAR, Appellant

V.

ROGER DENTON DOWDEN, Appellee

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV32290**

ORDER

Bridgette Kellar, appellant, filed a notice of appeal from the trial court's judgment. The clerk's record contains a statement of inability to afford payment of court costs that appellant filed after she perfected her appeal and the trial court's plenary power over the case expired. It appears the trial court has not previously determined whether appellant can afford payment of court costs.

1

We abate this appeal and remand the cause to the trial court for a determination of appellant's ability to afford payment of court costs under Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 145. Any motion to require appellant to pay costs or to require appellant to prove her inability to afford costs must be filed in the trial court by the appropriate party in accordance with Rule 145. *See id*. R. 145(f)(1)-(4). If necessary, the trial court shall conduct a hearing and make appropriate orders. *See id*. R. 145(f)(5)-(7). Any documents filed and orders signed pursuant to Rule 145 shall be forwarded to this Court for filing as a supplemental record no later than January 9, 2020. Alternatively, a party, the trial court clerk, or the court reporter may file a status report informing this Court that additional time is needed for a determination under Rule 145. In the absence of a request for additional time, this appeal will automatically reinstate on January 9, 2020. Upon reinstatement, if an order requiring appellant to pay costs has not been signed, the appellant will be entitled to proceed without payment of costs associated with this appeal. *See id*. R. 145(a).

ORDER ENTERED December 10, 2019.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2